# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL DYEING & PRINTING, INC., <br><br> Plaintiff, <br><br> v. <br><br> LIBERTY APPAREL COMPANY, INC., et al., <br><br> Defendants. | Case Number: 2:17-cv-07854-PA-KS <br> <u>*Hon. Percy Anderson Presiding*</u> <br><br> **ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

[PROPOSED] ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. The entire action is hereby dismissed with prejudice; and
2. Plaintiff and Defendants will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action.

SO STIPULATED.

Date: October 9, 2018          By: _____
                                HON. PERCY ANDERSON
                                UNITED STATES DISTRICT JUDGE